David B. Gardner (CA Bar no. 89541)
Law Offices of David B. Gardner, Inc.
6300 Wilshire Boulevard, Suite 800
Los Angeles, CA 90048
Tel. (323) 653-4514
Fax. (323) 651-5938
Email: david@americanimmigrationlaw.com
Attorney for Plaintiff

Nathalie Gottschalk (NV Bar no. 9109)
Law Offices of Nathalie Gottschalk PLLC
9550 S Eastern Avenue, Suite 253-A186
Las Vegas, Nevada 89123
Tel. (702) 380-6805
Email: lawyer@gottschalk.us
Associated local counsel
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| **2233 PARADISE ROAD, LLC DBA CASH FACTORY USA;**<br><br>**PLAINTIFF,**<br><br>vs.<br><br>**JAMES MCCAMENT , et al.,**<br><br>**DEFENDANTS.** | **Case No. 2:17-cv-01018-ACG-VCF**<br><br>**REQUEST FOR RELIEF SETTING INITIAL CASE CONFERENCE MANAGEMENT DEADLINES AND PROPOSED BRIEFING SCHEDULE AND ORDER**<br><br>**THE HONORABLE ANDREW P. GORDON** |

Plaintiff 2233 Paradise Road, LLC dba Cash Factory USA and Federal Defendants, through undersigned counsel and pursuant to Fed. R. Civ. P. 16(a), hereby submit this request for relief from the Order Setting Initial Case Management Deadlines.  In support of this application, the parties state as follows:

1.  Plaintiff's Complaint seeks judicial review on an administrative record pursuant to 5 U.S.C.

§ 706 (the Administrative Procedure Act).

The Court's role is limited to a review of the administrative record.  As such, the parties in this case are exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i) and discovery is not available in this matter.  Because this matter involves only a review of the administrative record, the parties have agreed that this matter can be fully resolved by the submission of a proposed briefing schedule in accordance with Local Rule 16-1(c)(1) and the filings of motions for summary judgment pursuant to Local Rule 56-1.

The parties therefore request relief from filing a Rule 26(f) Report and Case Management Statement, and do not believe that an initial case management conference applies to this case. In lieu of a case management conference, the parties propose the following schedule for submission of briefs in accordance with Local Rule 16-1(c)(1).

### Proposed Briefing Schedule

1. Deadline for Filing Agency Administrative Record(s):  On or before 60 days after the entry of the Court's Brief Scheduling Order.  Federal Defendants have agreed to file the administrative record with the Court and provide Plaintiff a CD-ROM of the administrative record in a word-searchable PDF format.

2. Deadline to File Motions to Supplement Agency Record(s): The parties will attempt to resolve informally any issues relating to the scope and contents of the administrative record. Any motion to supplement the administrative record, or concerning the scope or contents of, the administrative record ("motion to supplement") must be filed 30 days after Defendants file the administrative record. In the event a motion to supplement the record is filed, the parties hereby agree that the Federal Defendants' responsive brief is due within 14 days after the filing of Plaintiff's motion to supplement. The movant's reply brief is due within 14 days of the date

Federal Defendants' response brief is filed. Plaintiff shall use their best efforts to coordinate their filing of any motion(s) to supplement and Federal Defendants may, in their discretion, file one consolidated response to any motions to supplement the record.

3. In the event the Court grants Plaintiff's request to supplement the record, Plaintiff's Motion for Summary Judgment is due 30 days after the record is supplemented. Should the Court rule in favor of Federal Defendants, Plaintiff's Motion for Summary Judgment is due 30 days after the Court's Order.

4. In the event there are no motions to supplement the record, Plaintiff's Motion for Summary Judgment is due 50 days after Federal Defendants file the administrative record. Defendants' Opposition and Cross-Motion is due 30 days after Plaintiff's filing of its Motion for Summary Judgment.

Plaintiff's Reply is due 20 days after the filing of Defendant's Opposition and Cross-Motion. Defendants' Reply is due 20 days after the filing of Plaintiff's Reply.

5. The parties agree that the Court, in its discretion, may alter or amend the proposed Scheduling Order and that no party has waived or surrendered its right to seek such alteration or amendment by the Court.

6. The parties do not propose a date for hearing on the motions, in compliance with Local Rule 78-1. However, the parties will be prepared to present oral arguments on the issues discussed in the briefs if it will assist the Court. A Proposed Order is attached.

Dated this _____ day of July, 2017

Respectfully submitted,

*/s/ David B. Gardner*
David B. Gardner, Esq (CA: 89541)

Law Offices of David Gardner
6300 Wilshire Blvd., Suite 800
Los Angeles, CA 90048
Telephone (805) 458-1002
Email:david@americanimmigrationlaw.com
Attorney for Plaintiff


*/s/ Nathalie Gottschalk*
Nathalie Gottschalk, Esq (NV: 9109)
Law Offices of Nathalie Gottschalk PLLC.
9550 S Eastern Avenue, Suite 253-A186
Las Vegas, Nevada 89123
Tel. (702) 380-6805
Email: lawyer@gottschalk.us
Associated local counsel
Attorney for Plaintiff


*/s/ Samuel Go (with permission)*
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O Box 868, Ben Franklin Station
Tel: (202) 353-9923
Fax: (202) 305-7000
Email: samuel.go@usdoj.gov
Attorney for Defendants

# [PROPOSED] BRIEF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i), the parties are relieved from the obligation to file a Rule 26(f) Report and Joint Case Management Statement, and the Initial Case Management Conference.   The parties shall adhere to the following schedule in filing briefs with the Court in accordance with Local Rule 16-1(c)(1):

1. Defendants shall file the administrative record within 60 days after the entry of the Court's Brief Scheduling Order.

2. In the event the Court grants Plaintiff's Motion to Supplement the Record, Plaintiff's Motion for Summary Judgment is due 30 days after the record is supplemented.  Should the Court rule in favor of Federal Defendants, Plaintiff's Motion for Summary Judgment is due 30 days after the Court's Order denying Plaintiff's Motion to Supplement the Record.

3.  In the event there are no Motions to Supplement the Record, Plaintiff's Motion for Summary Judgment is due 50 days after Federal Defendants file the administrative record. Defendants' Opposition and Cross-Motion is due 30 days after Plaintiff's filing of its Motion for Summary Judgment.

4. Plaintiff's Reply is due 20 days after the filing of Defendants' Opposition and Cross-Motion.

5. Defendants' Reply is due 20 days after the filing of Plaintiff's Reply.

**SO ORDERED.**

DATED this ___25th___ of ___July___, 2017

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE