|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEVADA** | |
| 2233 PARADISE ROAD, LLC<br>DBA CASH FACTORY USA,<br><br>   Plaintiff,<br><br>vs.<br><br>L. FRANCIS CISSNA[1], et al.,<br><br>   Defendants. | Case No. 2:17-cv-01018-ACG-VCF<br><br>**ORDER GRANTING JOINT STIPLUATION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**THE HONORABLE ANDREW P. GORDON** |

Pursuant to joint stipulation, IT IS HEREBY ORDERED that the due date for Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment, which is currently December 13, 2017, shall be extended to December 27, 2017.

DATED: December 7, 2017.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] On October 8, 2017, L. Francis Cissna became Director of U.S. Citizenship and Immigration Services, automatically substituting for James McCament, former Acting Director, as a party in accordance with Fed. R. Civ. P. 25(d).

## JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO RESPOND TO CROSS MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED that the response due date on the parties' Cross Motions for Summary Judgment be extended by one week, thus extending the due date for the parties' responses, currently due on September 15, 2017, to September 22, 2017. Defendant's counsel, Mr. Samuel Go, requested the extension, as he will be out of the country for a week in early September. On August 28, 2017, Mr. Go contacted Mr. Constantinos Gus Fountas, Plaintiff's counsel, asking Mr. Fountas if he would stipulate to a one-week extension of the response and reply due dates for the Cross Motions for Summary Judgment. Mr. Fountas agreed to the extension as requested, and the parties thus stipulate to extend the response due date for the Cross Motions for Summary Judgment by one week, to September 22, 2017.

Dated: December 7, 2017

Respectfully submitted,

s\Constantinos Gus Fountas (with permission)
CONSTANTINOS GUS FOUNTAS
3340 Pepper Ln. Ste. 103
Las Vegas, NV 89120
Telephone: (702) 451-8815
Facsimile: (702) 450-9925
Email: fountaslaw@gmail.com

Attorney for Plaintiff

s\ Samuel P. Go
SAMUEL P. GO
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20530
Telephone: (202) 353-9923
Facsimile: (202) 616-4950
Email: samuel.go@usdoj.gov

Attorney for Defendants