# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# (Las Vegas Division)

| | |
|---|---|
| 2233 PARADISE ROAD, LLC DBA CASH FACTORY USA, <br><br> Plaintiff, <br><br> vs. <br><br> L. FRANCIS CISSNA[1], et al., <br><br> Defendants. | Case No. 2:17-cv-01018-ACG-VCF <br><br> **ORDER PURSUANT TO JOINT STIPLUATION GRANTING EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> **THE HONORABLE ANDREW P. GORDON** |

Pursuant to joint stipulation, IT IS HEREBY ORDERED that the due date for Plaintiff's' Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, which is currently due January 16, 2018, shall be extended to January 30, 2018.

DATED: January 16, 2018.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] On October 8, 2017, L. Francis Cissna became Director of U.S. Citizenship and Immigration Services, automatically substituting for James McCament, former Acting Director, as a party in accordance with Fed. R. Civ. P. 25(d).