# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 2233 PARADISE ROAD, LLC, | Case No.: 2:17-cv-01018-APG-VCF |
| Plaintiff | **Order Closing Case** |
| v. | |
| LOR SCIALABBA, | |
| Defendant | |

I previously set a July 23, 2020 deadline for filing a motion to vacate the judgment and dismiss the complaint. ECF No. 34.  I advised the parties that failure to file a motion would result in this case being closed. *Id.*  No party filed a motion.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 28th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE